UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COOK, JENNIFER L | § | Case No. 09-18708 |
| | § | Hearing Date: December 2, 2010 |
| Debtor(s) | § | Hearing Time: 9:30 a.m. CST |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      CLERK OF THE COURT
      UNITED STATE BANKRUPTCY COURT
      219 S. DEARBORN STREET
      CHICAGO, IL  60606

Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee. A hearing on the fee applications and any objection to the Final Report will be held at: 9:30 a.m. CST on December 2, 2010

      United States Bankruptcy Court
      COURTROOM  619
      219 S. Dearborn Street
      Chicago, IL  60606

Date Mailed: _____     By: __Kenneth S. Gardner_____
                                                           Clerk of Bankruptcy Court

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
§
COOK, JENNIFER L   §   Case No. 09-18708
§
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $   70,548.78

*and approved disbursements of*              $        0.00

*leaving a balance on hand of*[1]            $   70,548.78

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GUS A. PALOIAN, TRUSTEE | $ 3,846.33 | $ 0.00 |
| Attorney for trustee: SEYFARTH SHAW | $ 4,132.00 | $ 73.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,748.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital Recov III LLC Assign GE Capital | $ 4,939.18 | $ 4,974.73 |
| 000002 | Capital Recovery III LLC Assignee Sears | $ 6,484.24 | $ 6,530.91 |
| 000003 | Chase Bank USA, N.A. | $ 2,296.19 | $ 2,312.72 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | PYOD LLC as assignee of Citibank | $ 1,947.13 | $ 1,961.15 |
| 000005 | PYOD LLC as assignee of Citibank | $ 2,210.07 | $ 2,225.98 |
| 000006 | LVNV Funding LLC | $ 266.75 | $ 268.67 |
| 000007 | Chase Bank USA NA | $ 3,801.20 | $ 3,828.56 |
| 000008 | GE Money Bank dba OLD NAVY | $ 206.38 | $ 207.87 |
| 000009 | Nicor Gas | $ 597.08 | $ 601.38 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 39,585.48 .

Prepared By: /s/_____

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Oct 21, 2010
Case: 09-18708                Form ID: pdf006              Total Noticed: 33

The following entities were noticed by first class mail on Oct 23, 2010.
db             Jennifer L Cook,    1349 Hickory Rd,    Homewood, IL  60430-2403
aty           +Gus A Paloian,    Seyfarth Shaw LLP,    131 S. Dearborn Street,    Suite 2400,
                Chicago, IL 60603-5863
aty           +Ryan Pinkston,    Seyfarth Shaw LLP,    131 South Dearborn Street, Suite 2400,
                Chicago, IL 60603-5863
aty           +Troy L Gleason,    Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
tr            +Gus A Paloian,    Seyfarth, Shaw, Et Al,    131 South Dearborn Street,    Suite 2400,
                Chicago, IL 60603-5863
13952871       Acs/us Bank Na Brazos,    PO Box 16319,    Austin, TX  78761-6319
13952872       Aes/natl Col,    PO Box 2461,    Harrisburg, PA  17105-2461
13952873       American Home Mtg Svci,    PO Box 631730,    Irving, TX  75063-0002
15213524      +Capital Recovery III LLC As Assignee of GE Capital,    Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13952875       Cbc/aes/nct,    1200 N 7th St,    Harrisburg, PA  17102-1419
13952877       Chase,    Bank One Card Serv,    Westerville, OH  43081
13952876       Chase,     800 Brooksedge Blvd,    Westerville, OH  43081-2822
15335194       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15287218       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13952878       Citi,    PO Box 6500,    Sioux Falls, SD  57117-6500
13952869       Cook Jennifer L,    1349 Hickory Rd,    Homewood, IL  60430-2403
13952879       Dependon Collection Se,    PO Box 4833,    Oak Brook, IL  60522-4833
13952880      +Edfinancial,    252 N Peters Rd Ste 100,    Knoxville, TN 37923
13952870      +Gleason & Gleason,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
13952882     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/carsn,    PO Box 15524,    Wilmington, DE  19850-5524)
15300187      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13952885       Sallie Mae,    1002 Arthur Dr,    Lynn Haven, FL  32444-1683
13952886      +Thd/cbsd,    PO Box 6497,    Sioux Falls, SD 57117-6497
13952887       Unvl/citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
13952888       Wfnnb/express,    PO Box 330066,    Northglenn, CO  80233-8066

The following entities were noticed by electronic transmission on Oct 21, 2010.
13952874       E-mail/Text: RBALTAZAR@ARMORSYS.COM                           Armor Systems Co,
                1700 Kiefer Dr Ste 1,    Zion, IL  60099-5105
15213527      +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2010 02:46:16
                Capital Recovery III LLC As Assignee of Sears - SE,    Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15535050      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16     GE Money Bank dba OLD NAVY,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13952881       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15     Gemb/old Navy,    PO Box 981400,
                El Paso, TX  79998-1400
15318742       E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13952883       E-mail/Text: resurgentbknotifications@resurgent.com                           Lvnv Funding Llc,
                PO Box 740281,    Houston, TX  77274-0281
15604163      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO Box 549,
                Aurora IL 60507-0549
13952884      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    1844 W Ferry Rd,
                Naperville, IL 60563-9600
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: ccabrales           Page 2 of 2              Date Rcvd: Oct 21, 2010
Case: 09-18708                 Form ID: pdf006           Total Noticed: 33

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                              **Signature:** _Joseph Speetjens_