UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
COOK, JENNIFER L                    §         Case No. 09-18708
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GUS A. PALOIAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on      . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/GUS A. PALOIAN, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| Jennifer Cook |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Home Mtg Svci PO Box 631730 Irving, TX 75063-0002 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE | | | | | |
| SEYFARTH SHAW | | | | | |
| SEYFARTH SHAW | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/us Bank Na Brazos PO Box 16319 Austin, TX 78761-6319 | | | | | |
| | Aes/natl Col PO Box 2461 Harrisburg, PA  17105-2461 | | | | | |
| | Aes/natl Col PO Box 2461 Harrisburg, PA  17105-2461 | | | | | |
| | Aes/natl Col PO Box 2461 Harrisburg, PA  17105-2461 | | | | | |
| | Aes/natl Col PO Box 2461 Harrisburg, PA  17105-2461 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Ste 1 Zion, IL 60099-5105 | | | | | |
| | Cbc/aes/nct 1200 N 7th St Harrisburg, PA  17102-1419 | | | | | |
| | Cbc/aes/nct 1200 N 7th St Harrisburg, PA  17102-1419 | | | | | |
| | Cbc/aes/nct 1200 N 7th St Harrisburg, PA  17102-1419 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbc/aes/nct 1200 N 7th St Harrisburg, PA  17102-1419 | | | | | |
| | Cbc/aes/nct 1200 N 7th St Harrisburg, PA  17102-1419 | | | | | |
| | Cbc/aes/nct 1200 N 7th St Harrisburg, PA  17102-1419 | | | | | |
| | Dependon Collection Se PO Box 4833 Oak Brook, IL 60522-4833 | | | | | |
| | Edfinancial 252 N Peters Rd Ste 100 Knoxville, TN 37923-4909 | | | | | |
| | Edfinancial 252 N Peters Rd Ste 100 Knoxville, TN 37923-4909 | | | | | |
| | Edfinancial 252 N Peters Rd Ste 100 Knoxville, TN 37923-4909 | | | | | |
| | Edfinancial 252 N Peters Rd Ste 100 Knoxville, TN 37923-4909 | | | | | |
| | Ge Capital Paypal Plus | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/carsn PO Box 15524 Wilmington, DE  19850-5524 | | | | | |
| | Sallie Mae 1002 Arthur Dr Lynn Haven, FL  32444-1683 | | | | | |
| | Sallie Mae 1002 Arthur Dr Lynn Haven, FL  32444-1683 | | | | | |
| | Sauk Village Police Department | | | | | |
| | Sears Sears Gold Mastercard | | | | | |
| | Sullivan Urgent Aid Center | | | | | |
| | Thd/cbsd PO Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Wfnnb/express PO Box 330066 Northglenn, CO 80233-8066 | | | | | |
| 000001 | CAPITAL RECOVERY FOR GE CAP PAY PAL | | | | | |
| 000002 | CAPITAL RECOVERY III LLC FOR SEARS | | | | | |
| 000007 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | GE MONEY BANK DBA OLD NAVY | | | | | |
| 000006 | LVNV FUNDING LLC | | | | | |
| 000009 | NICOR GAS | | | | | |
| 000005 | PYOD LLC ITS SUCCESS/ASSIGNS CITI | | | | | |
| 000004 | PYOD LLC ITS SUCCESS/ASSIGNS CITIBA | | | | | |
| | CAPITAL RECOVERY FOR GE CAP PAY PAL | | | | | |
| | CAPITAL RECOVERY III LLC FOR SEARS | | | | | |
| | CHASE BANK USA NA | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | GE MONEY BANK DBA OLD NAVY | | | | | |
| | LVNV FUNDING LLC | | | | | |
| | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PYOD LLC ITS SUCCESS/ASSIGNS CITI | | | | | |
| | PYOD LLC ITS SUCCESS/ASSIGNS CITIBA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-18708 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | COOK, JENNIFER L | | | Date Filed (f) or Converted (c): | 05/22/09 (f) |
| | | | | 341(a) Meeting Date: | 07/08/09 |
| For Period Ending: | 09/06/11 | | | Claims Bar Date: | 06/02/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at: 1349 Hickory Rd Homewood, IL 60430- | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account | 100.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household goods, including but not limited to: TVs | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, Pictures, and other art objects, antiques, | 250.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Costume jewelry less than $500 per piece | 200.00 | 0.00 | | 0.00 | FA |
| 8. Term life thru work - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) with current employer - 100% Exempt | 1,400.00 | 0.00 | | 0.00 | FA |
| 10. INHERITANCE PAYMENT | 0.00 | 70,540.87 | | 70,540.87 | FA |
| RECEIVED FROM ADVOCATE HEALTH CARE NETWORK RE: MOTHER'S INHERITANCE FROM ADVOCATE HEALTH CARE (401K, PENSION, AND 403B)--represents debtor's 33% interest in inheritance (shared with siblings) | | | | | |
| 11. Personal injury suit - atty Gino Naughton 815-469- | 10,000.00 | 0.00 | | 0.00 | FA |
| Defendant has insurance policy limit of $20,000; debtor's injuries totaled $15,000; debtor claimed $10,000 exempt; Debtor's attorneys estimates settlement at not more than $20,000-contingency attorneys fees will be 33%--no value ot estate | | | | | |
| 12. 03 Suzuki Vitara | 3,750.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 13.13 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) | $182,000.00 | $70,540.87 | | $70,554.00 | $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 09-18708    JPC    Judge: JACQUELINE P. COX |
| Case Name: | COOK, JENNIFER L |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/22/09 (f) |
| 341(a) Meeting Date: | 07/08/09 |
| Claims Bar Date: | 06/02/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Report was filed on October 21, 2010.  Distribution to creditors was made on December 3, 2010.

Initial Projected Date of Final Report (TFR): 10/21/20        Current Projected Date of Final Report (TFR): 10/21/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18708 -JPC | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COOK, JENNIFER L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4374  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6545 | | | |
| For Period Ending: | 09/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 10 | ADP RETIREMENT SERVICES | INHERITANCE PAYMENT | 1129-000 | 12,987.38 | | 12,987.38 |
| 06/08/10 | 10 | ADP RETIREMENT SERVICES | INHERITANCE PAYMENT | 1129-000 | 22,986.76 | | 35,974.14 |
| 06/08/10 | 10 | ADP RETIREMENT SERVICES | INHERITANCE PAYMENT | 1129-000 | 34,566.73 | | 70,540.87 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.92 | | 70,542.79 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.99 | | 70,545.78 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.00 | | 70,548.78 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.90 | | 70,551.68 |
| 10/25/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.32 | | 70,554.00 |
| 10/25/10 | | Transfer to Acct #*******4455 | Final Posting Transfer | 9999-000 | | 70,554.00 | 0.00 |
| | | | Final Report was filed on 10/21/10. | | | | |

| Account *******4374 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 3 | Deposits | 70,540.87 | | 0 | Checks | 0.00 |
| 5 | Interest Postings | 13.13 | | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 70,554.00 |
| | Subtotal | $ | 70,554.00 | | | |
| | | | | | Total | $ 70,554.00 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ | 70,554.00 | | | |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18708 -JPC | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | COOK, JENNIFER L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4455 BofA Checking Account |
| Taxpayer ID No: | *******6545 | | |
| For Period Ending: | 09/06/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/25/10 | | Transfer from Acct #*******4374 | Transfer In From MMA Account | 9999-000 | 70,554.00 | | 70,554.00 |
| | | | Final Report was filed on 10/21/10. | | | | |
| 12/03/10 | 002001 | Gus A. Paloian, Trustee<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO, ILLINOIS 60603 | Trustee Compensation | 2100-000 | | 3,846.33 | 66,707.67 |
| 12/03/10 | 002002 | SEYFARTH SHAW | Attorney for Trustee Fees (Trustee | | | 4,205.00 | 62,502.67 |
| | | | Fees 4,132.00 | 3110-000 | | | |
| | | | Expenses 73.00 | 3120-000 | | | |
| 12/03/10 | 002003 | Capital Recov III LLC Assign GE Capital<br>PAY PAL Plus<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000001, Payment 100.71976% | | | 4,974.73 | 57,527.94 |
| | | | Claim 4,939.18 | 7100-000 | | | |
| | | | Interest 35.55 | 7990-000 | | | |
| 12/03/10 | 002004 | Capital Recovery III LLC Assignee Sears<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000002, Payment 100.71975% | | | 6,530.91 | 50,997.03 |
| | | | Claim 6,484.24 | 7100-000 | | | |
| | | | Interest 46.67 | 7990-000 | | | |
| 12/03/10 | 002005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 100.71989% | | | 2,312.72 | 48,684.31 |
| | | | Claim 2,296.19 | 7100-000 | | | |
| | | | Interest 16.53 | 7990-000 | | | |
| 12/03/10 | 002006 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 100.72003% | | | 1,961.15 | 46,723.16 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 13)*                                    Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-18708 -JPC | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COOK, JENNIFER L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4455 BofA Checking Account |
| Taxpayer ID No: | *******6545 | | | |
| For Period Ending: | 09/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/03/10 | 002007 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 1,947.13<br>Interest 14.02<br>Claim 000005, Payment 100.71989% | 7100-000<br>7990-000 | | 2,225.98 | 44,497.18 |
| 12/03/10 | 002008 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 2,210.07<br>Interest 15.91<br>Claim 000006, Payment 100.71978% | 7100-000<br>7990-000 | | 268.67 | 44,228.51 |
| 12/03/10 | 002009 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 266.75<br>Interest 1.92<br>Claim 000007, Payment 100.71977% | 7100-000<br>7990-000 | | 3,828.56 | 40,399.95 |
| 12/03/10 | 002010 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 3,801.20<br>Interest 27.36<br>Claim 000008, Payment 100.72197% | 7100-000<br>7990-000 | | 207.87 | 40,192.08 |
| 12/03/10 | 002011 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 206.38<br>Interest 1.49<br>Claim 000009, Payment 100.72017% | 7100-000<br>7990-000 | | 601.38 | 39,590.70 |
| 12/03/10 | 002012 | Jennifer Cook | Claim 597.08<br>Interest 4.30<br>Surplus Funds Paid to Debtor | 7100-000<br>7990-000<br>8200-002 | | 39,590.70 | 0.00 |

Note: disbursements 3,828.56 for 002009 and 207.87 for 002010 and 601.38 for 002011 — verified from image.

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-18708 -JPC | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COOK, JENNIFER L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4455 BofA Checking Account |
| Taxpayer ID No: | *******6545 | | | |
| For Period Ending: | 09/06/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4455

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 12 Checks | 70,554.00 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| 0 | Adjustments In | 0.00 | Total | $ 70,554.00 |
| 1 | Transfers In | 70,554.00 | | |
| | Total | $ 70,554.00 | | |

Report Totals

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 3 | Deposits | 70,540.87 | 12 Checks | 70,554.00 |
| 5 | Interest Postings | 13.13 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 70,554.00 |
| | Subtotal | $ 70,554.00 | | |
| 0 | Adjustments In | 0.00 | Total | $ 141,108.00 |
| 1 | Transfers In | 70,554.00 | | |
| | Total | $ 141,108.00 | Net Total Balance | $ 0.00 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 16.02b